# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**2**

**TP 10-01923**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF JAVIS TOLEDO, PETITIONER,

                                V                                ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES, RESPONDENT.

---

JAVIS TOLEDO, PETITIONER PRO SE.

ANDREW M. CUOMO, ATTORNEY GENERAL, ALBANY (SANIA W. KHAN OF COUNSEL), FOR RESPONDENT.

---

        Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Bernadette T. Clark, J.], entered January 25, 2010) to review a determination of respondent.  The determination found after a Tier III hearing that petitioner had violated an inmate rule.

        It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.

Entered:  February 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court